# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GOOD SAMARITAN HOSPITAL,

        Plaintiff,

-vs-                                                Case No. 3:05-cv-308

COMMUNITY INSURANCE COMPANY,
et al.,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of the United States Magistrate Judge Michael R. Merz (Doc. #25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 24, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Complaint as to Defendant Yvonne and David Sherrer be dismissed without prejudice for lack of prosecution.

January 25, 2006.

                                                          THOMAS M. ROSE
                                                          UNITED STATES DISTRICT JUDGE